**AGOGLIA, HOLLAND & AGOGLIA, P.C.**
Attorneys at Law
Jericho Atrium
500 North Broadway, Suite 242
Jericho, New York 11753
Telephone (516) 396-0800
Facsimile (516) 396-0805

E. KEVIN AGOGLIA
kagogliaesq@optonline.net

> Application denied. The parties are directed to meet and confer and file by 1/31/2025 a proposed Civil Case Discovery Plan and Scheduling Order.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 19.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 28, 2025

January 28, 2025

Judge Philip M. Halpern
Hon. Charles L. Brient Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

Re:   TIGHE vs. GORDON et al
      Civil Action No: 7:24-cv-08090

Honorable Sir:

This office represents the plaintiff in the above matter. Please accept this letter as a request for a 30 day adjournment of the initial conference in this matter, currently scheduled for February 5, 2025. The plaintiff, Mary Tighe, was retired from the United States Air Force in December, 2024 due to the injuries that are the subject of this litigation. There remain numerous records to obtain from the United States Air Force needed to calculate future lost earnings, and authorizations for all medical care, United States Air Force records and IRS returns were recently served upon the defendants' attorneys. These will also require time for all parties to obtain. There have been no previous requests for an adjournment, and all sides consent to this request.

Respectfully submitted,

AGOGLIA, HOLLAND & AGOGLIA, P.C.

*E. Kevin Agoglia*
E. KEVIN AGOGLIA

EKA:ko

cc: Wayne M. Rubin, Esq.
FELDMAN, KLEIDMAN, COLLINS & SAPPE, LLP
Attorneys for Defendants, Matthew Philip Gordon, M.D.,
Crystal Run Healthcare, LLP, and Crystal Run Healthcare
Physicians, LLP

Craig A. Burgess, Esq.
Edward Kealy, Esq.
ARCIERO & BURGESS, P.C.
Attorneys for Defendant,
Montefiore St. Luke's Cornwall Hospital