AGOGLIA, HOLLAND & AGOGLIA, P.C.
Attorneys at Law
Jericho Atrium
500 North Broadway, Suite 242
Jericho, New York 11753
Telephone (516) 396-0800
Facsimile (516) 396-0805

E. KEVIN AGOGLIA
kagogliaesq@optonline.net

EMMET J. AGOGLIA (1930-2018)
CRAIG D. HOLLAND (1957-2017)

***Filed Electronically***

**MEMO ENDORSED**

October 16, 2026

Magistrate Judge Victoria Reznik
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

Re: TIGHE vs. GORDON et al
Civil Action No: 7:24-cv-08090

Your Honor:

Pursuant to the Court's directive, we respectfully advise that the mediation conducted on October 9, 2026, was unsuccessful and that the case was not resolved.

Respectfully submitted,

AGOGLIA, HOLLAND & AGOGLIA, P.C.

E. KEVIN AGOGLIA

cc.
Robert R. Sappe, Esq. Feldman, Kleidman, Collins & Sappe, LLP.

The parties are directed to file any initial premotion letters for summary judgment by **October 26, 2026**. Oppositions letters must be filed by **November 2, 2026**. The Court will separately issue a scheduling order for a Case Management Conference.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/19/2026