USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Tighe**,

Plaintiffs,

-against-

**Gordon,**

Defendant.

----------------------------------------------------------------X

**SCHEDULING ORDER**
**FOR STATUS CONFERENCE**

***7:24-cv-8090 VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Pretrial Conference (via telephone) is hereby scheduled for **April 1, 2027 at 10:30 am**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

**SO ORDERED.**

DATED: White Plains, New York
November 19, 2026

VICTORIA REZNIK
United States Magistrate Judge